LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA  33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

September 24, 2021

*Via CM/ECF*

The Honorable Katherine Polk Failla
United States District Judge
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

**Re:** *Helen Swartz v. Pestana New York East Side 39 LLC*
   **Case No.:  1:21-cv-05154-KPF**

Your Honor:

A telephonic Initial Pretrial Conference has been scheduled for 3:30 pm on Friday, October 1, 2021.  The undersigned, counsel for Plaintiff, will be undergoing surgery two days prior, on Wednesday, September 29, and will not be able to participate in a teleconference with the Court at that time.  Defense counsel has been consulted, and consults to an adjournment.

Accordingly, an adjournment of at least thirty (30) days is respectfully requested.

Thank you for your consideration of this request.

       Respectfully,

       FULLER, FULLER & ASSOCIATES, P.A.

       *Lawrence A. Fuller*

       Lawrence A. Fuller

LAF:mft

Application GRANTED.  The conference scheduled for October 1, 2021, is hereby ADJOURNED to November 30, 2021, at 2:00 p.m.  Due to the Thanksgiving holiday, the parties' pre-conference submission shall be due on or before November 23, 2021.

The Court also extends its best wishes to Mr. Fuller as he undergoes surgery and wishes him a speedy recovery.

Date:     September 24, 2021          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE